**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2068**

JOHN J. BOWMAN, JR.,

             Plaintiff – Appellant,

      v.

ANYA KOVSLEK; JOEL ZIEGLER; G. ESPARZA; ROBERT TRYBUS;
JEFFREY DURANKO; ROBERT ROFF; MATTHEW GEYER; ERIC ELZA;
DANE ZIMMERMAN; BRIAN CALLIHAN; VERONICA FERNANDEZ; KENNY
ADAMS; D. SHAW,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (1:10-cv-00106-IMK-JSK)

Submitted:  December 15, 2011      Decided:  December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John J. Bowman, Jr., Appellant Pro Se. Alan McGonigal, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John J. Bowman appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bowman v. Kovslek</u>, No. 1:10-cv-00106-IMK-JSK (N.D.W. Va., Aug. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>